# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RED LION MANUFACTURING, INC.** and **GARY A. TOLTON**, : : : **Plaintiffs** : : v. : : **GFI HOLDING COMPANY, INC.,** et al., : : : **Defendants** : | **CIVIL ACTION NO. 1:03-CV-0769** (Judge Conner) |

## ORDER

AND NOW, this 26th day of April, 2006, upon consideration of the order of court dated March 31, 2005 (Doc. 53), in which the court approved the parties' consent decree, stated that an issue of damages would be addressed by future order of court, directed plaintiffs to file, on or before January 2, 2006, a notice of any claims remaining, and advised that failure to comply with the order would result in the dismissal of this case, and it appearing that, as of the date of this order, plaintiffs have not filed notice of any remaining claims, it is hereby ORDERED that:

1. The issue of damages is DEEMED MOOT.

2. The above-captioned action is DISMISSED without prejudice. See FED. R. CIV. P. 41(b).

3. The Clerk of Court is directed to CLOSE this case.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge